THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM HUNT,<br><br>         Plaintiff,<br><br>     v.<br><br>MEDTRONIC USA, INC., a foreign company,<br><br>         Defendant. | NO.   3:21-cv-05854<br><br>STIPULATION AND ORDER REGARDING MEDTRONIC USA, INC.'S RESPONSE TO COMPLAINT |

The parties to this action, by and through their undersigned counsel, respectfully submit this stipulation and proposed order to the Court, stating as follows: On July 29, 2022, this Court issued an Order on Medtronic USA, Inc.'s ("Medtronic") filed its Motion to Dismiss Plaintiff's Complaint. The Order granted dismissal with leave to amend on Plaintiff's claim for breach of contract and denied as to Plaintiff's claims for negligence and violation of the Consumer Protection Act. The parties have conferred and agreed that Medtronic's Answer, Motion to Dismiss, or other responsive pleading on all claims shall not be due until Plaintiff files a Second Amended Complaint.

STIPULATION AND ORDER
REGARDING MEDTRONIC USA, INC.'S
RESPONSE TO COMPLAINT - 1 of 3

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Medtronic will file an Answer, Motion to Dismiss as to the breach of contract claim, or other responsive pleading, no later than twenty-one (21) days from service of Plaintiff's Second Amended Complaint on September 2, 2022. Should Plaintiff elect not to amend, Medtronic's Answer or other responsive pleading will be filed no later than fourteen (14) days from September 2, 2022.

Accordingly, it is hereby STIPULATED by the Parties and ORDERED by the Court:

## ORDER

If Plaintiff elects to amend his complaint and file a second amended complaint, Medtronic USA, Inc. shall have until September 23, 2022 to file its Motion to Dismiss the Second Amended Complaint, or other responsive pleading;

If Plaintiff elects not to amend, Medtronic USA, Inc. shall have until September 16, 2022 to file its Answer or other responsive pleading.

SO ORDERED this 16th day of August, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
Kelly H. Sheridan, WSBA No. 44746
1001 4th Avenue, Suite 3900
Seattle, WA 98154-1051
(206) 625-8600 Phone;
(206) 625-0900 Fax
sfogg@corrcronin.com
ksheridan@corrcronin.com

STIPULATION AND ORDER
REGARDING MEDTRONIC USA, INC.'S
RESPONSE TO COMPLAINT - 2 of 3

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

GREENBERG TRAURIG LLP

Victoria Davis Lockard, *pro hac vice*
3333 Piedmont Rd. NE #2500
Atlanta, GA 30305
(678) 553-2100
lockardv@gtlaw.com

Kate Michelle Wittlake, *pro hac vice*
Four Embarcadero Center Suite 3000
San Francisco, CA  94111
(415) 655-1300
wittlakek@gtlaw.com

*Attorneys for Defendant Medtronic USA, Inc.*

FREEMAN LAW FIRM, INC.

*s/ Spencer Freeman*
Spencer Freeman, WSBA No. 25069
1107 ½ Tacoma Ave. South
Tacoma, WA  98402
(253) 383-4500 Phone
(253) 383-4501 Fax
sfreeman@freemanlaw.com

*Attorneys for Plaintiff William Hunt*

STIPULATION AND ORDER
REGARDING MEDTRONIC USA, INC.'S
RESPONSE TO COMPLAINT - 3 of 3

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900