THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM HUNT,<br><br>            Plaintiff,<br><br>   v.<br><br>MEDTRONIC USA, INC., a foreign company,<br><br>            Defendant. | NO. 3:21-cv-05854<br><br>STIPULATION AND ORDER REGARDING MEDTRONIC USA, INC.'S ANSWER TO COMPLAINT |

The parties to this action, by and through their undersigned counsel, respectfully submit this stipulation and proposed order to the Court, stating as follows: On July 29, 2022, this Court issued an Order on Medtronic USA, Inc.'s ("Medtronic") Motion to Dismiss Plaintiff's Complaint. The Order granted dismissal with leave to amend on Plaintiff's claim for breach of contract and denied as to Plaintiff's claims for negligence and violation of the Consumer Protection Act. The parties have conferred and agreed that Medtronic's Answer to the remaining causes of action shall be due on September 23, 2022.

SO STIPULATED this 16th day of September, 2022.

STIPULATION AND ORDER REGARDING MEDTRONIC USA, INC.'S ANSWER TO COMPLAINT - 1 of 3

**Corr Cronin LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| CORR CRONIN LLP | FREEMAN LAW FIRM, INC. |
| *s/ Steven W. Fogg* | *s/ Spencer Freeman* |
| Steven W. Fogg, WSBA No. 23528 | Spencer Freeman, WSBA No. 25069 |
| Kelly H. Sheridan, WSBA No. 44746 | 1107 ½ Tacoma Ave. South |
| 1001 4th Avenue, Suite 3900 | Tacoma, WA  98402 |
| Seattle, WA 98154-1051 | (253) 383-4500 Phone |
| (206) 625-8600 Phone; | (253) 383-4501 Fax |
| (206) 625-0900 Fax | sfreeman@freemanlaw.com |
| sfogg@corrcronin.com | |
| ksheridan@corrcronin.com | *Attorneys for Plaintiff William Hunt* |

GREENBERG TRAURIG LLP

Victoria Davis Lockard, *pro hac vice*
3333 Piedmont Rd. NE #2500
Atlanta, GA 30305
(678) 553-2100
lockardv@gtlaw.com

Kate Michelle Wittlake, *pro hac vice*
Four Embarcadero Center Suite 3000
San Francisco, CA  94111
(415) 655-1300
wittlakek@gtlaw.com

*Attorneys for Defendant Medtronic USA, Inc.*

STIPULATION AND ORDER REGARDING MEDTRONIC USA, INC.'S ANSWER TO COMPLAINT - 2 of 3

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**ORDER**

This matter having come on before the Court on the foregoing stipulation of the parties, and the Court finding good cause to grant the parties' stipulation, now therefore, it is hereby:

ORDERED that Medtronic USA, Inc. shall have until September 23, 2022 to file its Answer.

SO ORDERED this 16th day of September, 2022.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
Kelly H. Sheridan, WSBA No. 44746
1001 4th Avenue, Suite 3900
Seattle, WA 98154-1051
(206) 625-8600 Phone;
(206) 625-0900 Fax
sfogg@corrcronin.com
ksheridan@corrcronin.com

GREENBERG TRAURIG LLP

Victoria Davis Lockard, *pro hac vice*
3333 Piedmont Rd. NE #2500
Atlanta, GA 30305
(678) 553-2100
lockardv@gtlaw.com

Kate Michelle Wittlake, *pro hac vice*
Four Embarcadero Center Suite 3000

STIPULATION AND ORDER REGARDING MEDTRONIC USA, INC.'S ANSWER TO COMPLAINT - 3 of 3

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

San Francisco, CA 94111
(415) 655-1300
wittlakek@gtlaw.com

*Attorneys for Defendant Medtronic USA, Inc.*

FREEMAN LAW FIRM, INC.

*s/ Spencer Freeman*
Spencer Freeman, WSBA No. 25069
1107 ½ Tacoma Ave. South
Tacoma, WA 98402
(253) 383-4500 Phone
(253) 383-4501 Fax
sfreeman@freemanlaw.com

*Attorneys for Plaintiff William Hunt*

STIPULATION AND ORDER REGARDING MEDTRONIC USA, INC.'S ANSWER TO COMPLAINT - 4 of 3

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900