THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM HUNT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MEDTRONIC USA, INC., a foreign company,<br><br>　　　　　Defendant. | NO.  3:21-cv-05854<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY EXPERT DISCLOSURE DEADLINES |

Upon consideration of the Stipulated Motion to Modify Expert Disclosure Deadlines, the Court finds good cause to grant the parties' motion, now therefore, it is hereby:

ORDERED that the parties shall exchange initial expert disclosures on June 26, 2024, and rebuttal expert disclosures on July 24, 2024.

IT IS SO ORDERED this 29th day of May, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge