THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM HUNT,<br><br>        Plaintiff,<br><br>   v.<br><br>MEDTRONIC USA, INC., a foreign company,<br><br>        Defendant. | NO.  3:21-cv-05854<br><br>ORDER GRANTING STIPULATED MOTION TO STAY EXPERT DISCLOSURE DEADLINE |

Upon consideration of the Stipulated Motion to Stay Expert Disclosure Deadline, the Court finds good cause to grant the parties' motion, now therefore, it is hereby:

ORDERED that the deadline for the parties to disclose expert witness reports is stayed pending the Court's determination of Plaintiff's May 30, 2024, Motion to Compel Discovery. (ECF 59.)

SO ORDERED this 27th day of June, 2024.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO STAY EXPERT DISCLOSURE DEADLINE - 1 of 1

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900