UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM HUNT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MEDTRONIC USA INC,<br><br>　　　　　　Defendant. | CASE NO. 3:21-cv-05854-BHS<br><br>ORDER |

THIS MATTER is before the Court on Defendant Medtronic's Motion to Continue Trial Date and Related Deadlines. Dkt. 87. The motion is **GRANTED** and the current trial date, December 3, 2024, and the associated pre-trial deadlines are **STRICKEN**.

Medtronic moves this Court for a seventy-five day trial continuance. *Id.* It asserts the current trial date presents a scheduling conflict for its lead counsel, Victoria Lockard, who is also the lead in a trial scheduled for November 4, 2024 in the District of New Jersey. *Id.* at 3. The conflicting trial is the first in multi-district litigation for a certified class action brought against three pharmaceutical manufacturers and involves over fifty

ORDER - 1

witnesses. *Id.* Medtronic asserts the conflicting trial "will likely stretch into December, in light of the number of witnesses, closing arguments, and jury deliberations." *Id.* at 4.

Plaintiff William Hunt objects to the requested continuance because he "wants this case concluded." Dkt. 90. His counsel similarly faces a conflict with another trial scheduled in Pierce County Superior Court for February 3, 2025. *Id.* If the Court chooses to grant the motion for continuation, Hunt requests that the new trial date be set for March 2025. *Id.* at 2.

Fed. R. Civ. Proc. 16(b) and Local Rule 16(b) require a showing of good cause to modify a trial schedule. Medtronics' lead counsel faces significant conflicts with the current trial schedule that warrants modification of the trial schedule.

The request for a continuance is **GRANTED**. The Court will issue a new order with a new trial date accommodating both parties' conflicts within 14 days. The new date will not be before February 17, 2025. *See* Dkt. 87 at 1.

**IT IS SO ORDERED**.

Dated this 1st day of October, 2024.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2