THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM HUNT,<br><br>              Plaintiff,<br><br>   v.<br><br>MEDTRONIC USA, INC., a foreign company,<br><br>              Defendant. | NO. 3:21-cv-05854-BHS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL |

AND NOW, this 29th day of October 2024, upon consideration of Plaintiff's Motion to File Exhibits Under Seal (ECF No. 89), the Court hereby **ORDERS** Motion is **GRANTED**. There is good cause to seal the Exhibits as set forth in Plaintiff's Motion.

/

/

/

/

The clerk will permanently seal the following portions of Exhibit A and B to the Declaration of Spencer Freeman in Support of Plaintiff's Opposition to the Motion for Summary Judgment:

Order - 1 of 2
3:21-cv-05854-BHS

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

A. Exhibit A at 16:5-17:18, 18:18-19:7 and 20:1-5;

B. Exhibit B at 19:25-20:9.

SO ORDERED this 29th day of October, 2024.

_____
Honorable Benjamin H. Settle
United States District Judge

Order - 2 of 2
3:21-cv-05854-BHS

**Corr Cronin LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900